# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 03 C 50501 | **DATE** | 2/3/2005 |
| **CASE TITLE** | DirecTV vs. Le | | |

**DOCKET ENTRY TEXT:**

Plaintiff's Motion for Default is before the court. For the reasons stated below, the magistrate judge recommends that a judgment be entered against the Defendant for the statutory maximum amount of $10,000.00. Parties are given ten days from service, as calculated under rule 6, to file objections with Judge Reinhard, pursuant to Fed.R.Civ.P.72. Objections need not be presented as stated in L.R.5.

■ [ For further details see text below.]   ■ [ Notices mailed by judge's staff.]

## STATEMENT

Before this court is another Motion for Default brought by DIRECTV, Inc. ("Plaintiff") against an alleged unauthorized user, in this case one Vinh P. Le ("Defendant"), of its satellite signal. This court previously held a hearing with regards to Plaintiff's monthly financial loss due to the illegal interception of its satellite signal and set that amount at $205.00. This court incorporates by reference its previous Report & Recommendation of February 25, 2004 (case number 03 C 50220) outlining as much.

In this case, Plaintiff presented compelling evidence that showed Defendant purchased a Bootloader from Computer Shanty on September 13, 2001, a Netsignia 210 programmer from Computer Shanty on September 27, 2001, and an Absolute 4 in 1 Loader from www.satuniverse.com, on August 7, 2002. Plaintiff also showed that Defendant never subscribed to DIRECTV, but the Defendant's residence did have a satellite dish. However, as noted by Plaintiff, the illegal decoding equipment Defendant purchased would allow him to receive Plaintiff's signal even though Defendant had no subscription. Plaintiff stated that Defendant's piracy equipment could not have worked after April, 2004.

Based on this information, it appears that Defendant used piracy equipment for forty-three months. At $205.00 a month, that would be $8,815.00. However, due to fact that Defendant purchased not one piece of illegal decoding equipment but three, this court recommends the statutory maximum of $10,000.00.

Courtroom Deputy Initials: GG/AM